UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CR0351 ERW/TCM |
| ) | |
| WILLIAM J. MABIE, ) | |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

In accordance with the Memorandum filed herein,

**IT IS HEREBY RECOMMENDED** that Defendant's Motion to Appoint a Special Prosecutor [Doc. 59] should be **DENIED**.

**IT IS FURTHER RECOMMENDED** that Defendant's Motion to Suppress Evidence [Doc. 68] should be **DENIED**.

**IT IS FINALLY RECOMMENDED** that Defendant's Motion to Dismiss Counts of III through VII of the Indictment [Doc. 77] should be **DENIED**.

The parties are advised that they have eleven (11) days in which to file written objections to this Recommendation and the Memorandum incorporated herein pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained, and that failure to file timely objections may result in waiver of the right to appeal questions of fact. See **Thompson v. Nix**, 897 F.2d 356 (8th Cir. 1990).

                                            /s/Thomas C. Mummert, III
                                            THOMAS C. MUMMERT, III
                                            UNITED STATES MAGISTRATE JUDGE

Dated this 10th day of August, 2009.